**In the Interest of D.L.D.**

**JUVENILE OFFICER, Respondent,**

v.

**K.S.K. (Natural Mother), Appellant.**

**No. WD 39643.**

Missouri Court of Appeals, Western District.

April 12, 1988.

David Kite Mid–Missouri Legal Services Corp., Jefferson City, for appellant.

Michael W. Prenger, pro se.

William C. Reine, Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from an order of the juvenile division of the circuit court terminating parental rights of the natural mother pursuant to § 211.447 RSMo 1986.

Judgment affirmed. Rule 84.16(b).